FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN -9 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

Request and Order to Amend Previous Petition

3:26-mj-00006-CLB

| | |
|---|---|
| Name of Person: **Jacob Wesley Waxman** | Docket Number: **2:25CR00249-001-DS** |
| Name of Sentencing Judicial Officer: | **Honorable Robert S. Lasnik**<br>**U.S. District Judge**<br>**Western District of Washington** |
| Name of Assigned Judicial Officer: | **Honorable David Sam**<br>**Senior U.S. Magistrate Judge** |

Date of Original Sentence: **April 19, 2019**
Original Offense: **Possession of Methamphetamine with Intent to Distribute; Possession of Firearms in Furtherance of a Drug Trafficking Crime**
Original Sentence: **66 Months Custody / 60 Months Supervised Release**

Type of Supervision: **Supervised Release**    Supervision Began: **October 27, 2023**

| | |
|---|---|
| Location of Defendant's Supervision    ☒ Northern/Central Division    ☐ Southern Region | |

### PETITIONING THE COURT

☒  To amend the petition signed on December 15, 2025, as follows:

### CAUSE

*Allegations on June 23, 2025:*

**Allegation No. 1:** On November 4, 2024, February 18, 2025, and June 2, 2025, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 2:** On March 11, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine.

**Allegation No. 3:** On April 10 and 28, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine, fentanyl, codeine, and morphine.

**Allegation No. 4:** On May 7, 2025, the person under supervision submitted a urine sample, which tested positive for THC, amphetamine, fentanyl, and opiates.

**Allegation No. 5:** On May 19 and 20, 2025, the person under supervision submitted a urine sample, which tested positive for amphetamine, fentanyl, and opiates.

**Allegation No. 6:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: possessed a controlled substance.

**Allegation No. 7:** On or about June 21, 2025, the person under supervision committed another federal, state, or

PROB 12C  
D/UT 03/19

Jacob Wesley Waxman  
2:25CR00249-001

local crime, to wit: possessed drug paraphernalia.

**Allegation No. 8:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: driving under the influence.

Evidence in support of these allegations consists of records of the U.S. Probation Office, Utah Highway Patrol case number 032501412, and direct supervision efforts therein

*Allegations on December 15, 2025:*

**Allegation No. 9:** On November 17, 2025, the person under supervision submitted a urine sample, which tested positive for amphetamine, methamphetamine, fentanyl, norfentanyl, codeine, and morphine.

**Allegation No. 10:** On December 2, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine. He signed an acknowledgement form admitting to the use, on or about November 28, 2025.

**Allegation No. 11:** On December 12, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine, amphetamine, and opiates. He signed an acknowledgment form admitting to the use, on or about December 9, 2025.

**Allegation No. 12:** On or about December 13, 2025, the person under supervision left the District of Utah without prior permission from the Court or the U.S. Probation Officer.

Evidence in support of these allegations consists of the records of the U.S. Probation Office.

*Additional allegations:*

**Allegation No. 13:** On or about November 28, 2025, the person under supervision left the District of Utah without prior permission from the Court or the U.S. Probation Officer.

**Allegation No. 14:** On December 31, 2025, the person under supervision failed to report to the U.S. Probation Officer as instructed.

**Allegation No. 15:** On or about January 3, 2026, the person under supervision committed another federal, state, or local crime, to wit: possessed a controlled substance.

**Allegation No. 16:** On or about January 3, 2026, the person under supervision left the District of Utah without prior permission from the Court or the U.S. Probation Officer.

Evidence in support of these allegations consists of the records of the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C
D/UT 03/19

Jacob Wesley Waxman
2:25CR00249-001

by Ashlyn Pezely *(signature)*
U.S. Probation Officer
January 5, 2026

PROB 12C
D/UT 03/19

Jacob Wesley Waxman
2:25CR00249-001

## THE COURT ORDERS:

☑ That the original petition be amended to include all allegations outlined
☐ Expedited hearing set for:_at_before U.S. Magistrate Judge.
☐ No action
☐ Other

*David Sam*

Honorable David Sam
Senior United States District Judge

Date:   1/06/2026

AO 442 (UTD Rev 5/25)

# United States District Court
for the
District of Utah

**RECEIVED**
By THewlett at 3:34 pm, Dec 15, 2025

| UNITED STATES OF AMERICA | **ARREST WARRANT** |
|---|---|
| V. | Case No: 2:25-cr-00249-DS-1 |
| **Waxman** | |
| | **DESIGNATED LOCATION:** ☒ Salt Lake City   ☐ St George |

To:  The United States Marshal
     and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  **JACOB WESLEY WAXMAN**                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information
☐ Complaint      ☐ Order of court      ☐ Violation Notice      ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violations of the Conditions of Supervised Release**

in violation of _____ United States Code.

Gary P. Serdar
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

By: Jennifer Jensen
Generalist Clerk

Clerk of Court
Title of Issuing Officer

December 15, 2025 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

### Request and Order to Amend Previous Petition and Issue a Warrant

| | |
|---|---|
| Name of Person: **Jacob Wesley Waxman** | Docket Number: **2:25CR00249-001-DS** |

Name of Sentencing Judicial Officer:  **Honorable Robert S. Lasnik**
**U.S. District Judge**
**Western District of Washington**

Name of Assigned Judicial Officer:  **Honorable David Sam**
**Senior U.S. Magistrate Judge**

Date of Original Sentence: **April 19, 2019**
Original Offense: **Possession of Methamphetamine with Intent to Distribute; Possession of Firearms in Furtherance of a Drug Trafficking Crime**
Original Sentence: **66 Months Custody / 60 Months Supervised Release**

Type of Supervision: **Supervised Release**          Supervision Began: **October 27, 2023**

Location of Defendant's Supervision    ☒ Northern/Central Division    ☐ Southern Region

## PETITIONING THE COURT

☒ To amend the petition signed on June 23, 2025, and issue a warrant as follows:

## CAUSE

*Allegations on June 23, 2025:*

**Allegation No. 1:** On November 4, 2024, February 18, 2025, and June 2, 2025, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 2:** On March 11, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine.

**Allegation No. 3:** On April 10 and 28, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine, fentanyl, codeine, and morphine.

**Allegation No. 4:** On May 7, 2025, the person under supervision submitted a urine sample, which tested positive for THC, amphetamine, fentanyl, and opiates.

**Allegation No. 5:** On May 19 and 20, 2025, the person under supervision submitted a urine sample, which tested positive for amphetamine, fentanyl, and opiates.

**Allegation No. 6:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: possessed a controlled substance.

**Allegation No. 7:** On or about June 21, 2025, the person under supervision committed another federal, state, or

PROB 12C  
D/UT 03/19

Jacob Wesley Waxman  
2:25CR00249-001

local crime, to wit: possessed drug paraphernalia.

**Allegation No. 8:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: driving under the influence.

Evidence in support of these allegations consists of records of the U.S. Probation Office, Utah Highway Patrol case number 032501412, and direct supervision efforts therein

*Additional allegations:*

**Allegation No. 9:** On November 17, 2025, the person under supervision submitted a urine sample, which tested positive for amphetamine, methamphetamine, fentanyl, norfentanyl, codeine, and morphine.

**Allegation No. 10:** On December 2, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine. He signed an acknowledgement form admitting to the use, on or about November 28, 2025.

**Allegation No. 11:** On December 12, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine, amphetamine, and opiates. He signed an acknowledgment form admitting to the use, on or about December 9, 2025.

**Allegation No. 12:** On or about December 13, 2025, the person under supervision left the District of Utah without prior permission from the Court or the U.S. Probation Officer.

Evidence in support of these allegations consists of the records of the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

*Ashlyn Pezely*  
by Ashlyn Pezely  
U.S. Probation Officer  
December 15, 2025

PROB 12C
D/UT 03/19

Jacob Wesley Waxman
2:25CR00249-001

## THE COURT ORDERS:

- ☑ That the original petition be amended to include all allegations outlined and to issue a warrant
- ☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____.
- ☐ No action
- ☐ Other

_____
Honorable David Sam
Senior United States District Judge

Date: 12/15/2025

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,FPD,PEND_VIOLATION

# US District Court Electronic Case Filing System
## District of Utah (Central)
### CRIMINAL DOCKET FOR CASE #: 2:25-cr-00249-DS-1

Case title: USA v. Waxman

Date Filed: 06/23/2025

Other court case number: 2:18CR00175RSL-001 Western District of Washington

Date Terminated: 06/23/2025

Assigned to: Judge David Sam

### Defendant (1)

**Jacob Wesley Waxman**
*TERMINATED: 06/23/2025*

represented by **Kristen R. Angelos**
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101
(801)524-4010
Email: kris_angelos@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 8314*
*Bar Status: Federal*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
21:841A=CD.F and 841(b)(1)(B)-
Possession of Methamphetamine with Intent
to Distribute and 18:924(c)(1)(A)-

**Disposition**
66 Months in Custody; 5 Years of
Supervised Release; Fine Waived; $200
Special Assessment

Possession of Firearms in Furtherance of a
Drug Trafficking Crime

**Notice Party**

**Probation Noticing**                    represented by **Probation Noticing**
                                                         US PROBATION/PRETRIAL
                                                         Email: UTP_ECFnotice@utp.uscourts.gov
                                                         PRO SE
                                                         *Bar Number:*
                                                         *Bar Status:*

**Notice Party**

**David O. Amador**
*TERMINATED: 10/31/2025*

**Notice Party**

**Ashlyn N. Pezely**                      represented by **Ashlyn N. Pezely**
                                                         US PROBATION/PRETRIAL
                                                         Email: Ashlyn_Pezely@utp.uscourts.gov
                                                         PRO SE
                                                         *Bar Number:*
                                                         *Bar Status:*

**Plaintiff**

**USA**                                   represented by **Brian J. Williams**
                                                         US ATTORNEY'S OFFICE
                                                         111 S MAIN ST STE 1800
                                                         SALT LAKE CITY, UT 84111-2176
                                                         801-325-3258
                                                         Email: brian.williams5@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant US Attorney*
                                                         *Bar Number: 10779*
                                                         *Bar Status: Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2025 | 1 | TRANSFER OF JURISDICTION for Supervised Release as to Jacob Wesley Waxman from USDC Western District of Washington. Assigned to Judge David Sam. (jrj) (Additional attachment(s) added on 6/23/2025: # 1 TOJ Memo) (jrj). (Entered: 06/23/2025) |
| 06/23/2025 | 2 | TRANSFER OF SUPERVISED RELEASE JURISDICTION FILE as to Jacob Wesley Waxman. Downloaded certified copies of indictment, judgment and docket sheet from Western District of Washington. (Attachments: # 1 Indictment, # 2 Judgment)(jrj) (Entered: 06/23/2025) |

| 06/23/2025 | 3 | Notice to USDC Western District of Washington of a Transfer of Jurisdiction as to Jacob Wesley Waxman. Your case number is: 2:18-cr-00175-RSL. Our case number is **2:25cr00249-DS** assigned to David Sam. Order Accepting Transfer of Jurisdiction attached signed by Judge Judge Shelby.<br><br>(If you require certified copies of any documents, please send a request to utdecf_clerk@utd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # 1 TOJ Memo)(jrj) (Entered: 06/23/2025) |
| --- | --- | --- |
| 06/23/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE Brian J. Williams appearing for USA. (Williams, Brian) (Entered: 06/23/2025) |
| 07/09/2025 | 11 | Arrest Warrant Returned Executed on 07/09/2025, filed on 07/14/2025 in case as to Jacob Wesley Waxman. (sg) (Entered: 07/14/2025) |
| 07/10/2025 | 7 | ORDER SETTING HEARING OR TRIAL as to Jacob Wesley Waxman.<br><br>Initial Appearance on Revocation Proceedings set for 7/14/2025 at 01:00 PM in Rm 8.400 before Magistrate Judge Jared C. Bennett.<br><br>Signed by Magistrate Judge Jared C. Bennett on 7/10/2025.(reb) (Entered: 07/10/2025) |
| 07/10/2025 |  | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that David Amador should be added to this case as to Jacob Wesley Waxman (doa) (Entered: 07/10/2025) |
| 07/14/2025 | 8 | Oral MOTION to Appoint Counsel filed by Jacob Wesley Waxman. (ksm) (Entered: 07/14/2025) |
| 07/14/2025 | 9 | DOCKET TEXT ORDER granting 8 Motion to Appoint Counsel. FPD Kristen R. Angelos for Jacob Wesley Waxman appointed. Representation shall continue for any post-sentencing activities initiated by the US Probation Office. as to Jacob Wesley Waxman (1) Signed by Magistrate Judge Paul Kohler on 7/14/25. No attached document. (ksm) (Entered: 07/14/2025) |
| 07/14/2025 | 10 | Minute Entry for proceedings held before Magistrate Judge Paul Kohler: Initial Appearance re Revocation of Supervised Release/Attorney Appointment Hearing/Detention Hearing as to Jacob Wesley Waxman held on 7/14/2025. Defendant present IN-PERSON and in custody. The defendant waives formal reading of allegations. Procedure, rights and penalties explained. Defendant requested counsel. Financial Affidavit submitted. Court appointed FPD counsel. Added attorney Kristen R. Angelos for Jacob Wesley Waxman. Appearance entered by Kristen R. Angelos for Jacob Wesley Waxman on behalf of defendant. Defendant neither admits nor denies the allegations.Court instructed counsel to contact District Judge's chambers to set the matter for further proceedings and disposition.The govt. seeks detention. The defendant seeks a continuance of his detention hearing. The court orders the defendant detained and remanded to the USMS pending detention hearing.( Detention Hearing set for 7/16/2025 at 02:00 PM in Rm 8.400 before Magistrate Judge Jared C. Bennett.) Attorney for Plaintiff: Mark Woolf, Attorney for Defendant: Kris Angelos, FPD. Interpreter: Not Needed. Probation Officer: David Amador. Court Reporter: None. Recording: Electronic.(Time Start: 1:03:02 pm, Time End: 1:06:20 pm, Room 8.400.) (ksm) (Entered: 07/14/2025) |
| 07/14/2025 | 12 | **RESTRICTED - Level 3** CJA 23 Financial Affidavit filed by Jacob Wesley Waxman (sg) (Entered: 07/14/2025) |

| 07/15/2025 | 13 | NOTICE OF ATTORNEY APPEARANCE: Kristen R. Angelos appearing for Jacob Wesley Waxman (Angelos, Kristen) (Entered: 07/15/2025) |
|---|---|---|
| 07/15/2025 | 14 | NOTICE OF FILING of Letter of Acceptance into Diamond Recovery filed by Jacob Wesley Waxman (Attachments: # 1 Letter of Acceptance)(Angelos, Kristen) (Entered: 07/15/2025) |
| 07/16/2025 | 15 | Minute Entry for proceedings held before Judge Magistrate Judge Paul Kohler: Detention Hearing as to Jacob Wesley Waxman held on 7/16/2025. Defendant present IN-PERSON with counsel and in custody. The court hears from counsel. The court orders the defendant released to Diamond Recovery. Attorney for Plaintiff: Brian Williams, Attorney for Defendant: Kris Angelos, FPD. Interpreter: Not needed. Probation Officer: David Amador. Court Reporter: Electronic.(Time Start: 1:54:10 pm, Time End: 1:57:37 pm, Room 8.400.) (ksm) (Entered: 07/16/2025) |
| 07/16/2025 | 16 | ORDER Setting Conditions of Release as to Jacob Wesley Waxman NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case Signed by Magistrate Judge Paul Kohler on 7/16/25.(ksm) (Entered: 07/16/2025) |
| 07/29/2025 | 17 | ORDER SETTING HEARING OR TRIAL as to Jacob Wesley Waxman.<br><br>Status Conference set for 8/13/2025 at 09:00 AM in US District Court-SLCU *virtual Court Via Zoom Conference* before Magistrate Judge Cecilia M. Romero.<br><br>Signed by Magistrate Judge Cecilia M. Romero on 7/29/2025.(reb) (Entered: 07/29/2025) |
| 08/13/2025 | 18 | Minute Entry for proceedings held before Magistrate Judge Cecilia M. Romero: Dft present with cnsl via ZOOM and not in custody. The defendant has completed his inpatient treatment program at Diamond Recovery. The defendant will transition to their PHP Program beginning this Thursday and participate and complete the program. Discussion held with cnsl and the Govt. The Court admonishes the defendant to continue to do well and complete all the necessary programs.<br><br>Status Conference as to Jacob Wesley Waxman held on 8/13/2025,. Attorney for Plaintiff: Brian Williams, Attorney for Defendant: Kristen Angelos, FPD. Court Reporter: Electronic. Recording: ZOOM. (reb) (Entered: 08/13/2025) |
| 01/06/2026 | 21 | PETITION and ORDER to amend previous petition re 19 Petition and Order as to Jacob Wesley Waxman. Signed by Judge David Sam on 1/5/26.(jrj) (Entered: 01/06/2026) |